UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL DOCKET |
| VERSUS | NUMBER: 10-141 |
| CANDACE NICOLE WILSON | SECTION: "MAG" |

**ORDER**

Considering the above and foregoing;

IT IS ORDERED that the name of MARTIN E. REGAN, JR., Attorney with the law firm of MARTIN E. REGAN, JR. & ASSOCIATES, P.L.C., be entered on record of these proceedings as counsel for the defendant, CANDACE NICOLE WILSON.

New Orleans, Louisiana, this _____ day of _____, 2011.

_____
UNITED STATES DISTRICT JUDGE